# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER LENARD BLOCKSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78731

**FILED**

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____ J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

Given this dismissal, this court takes no action in regard to the documents filed on December 10, 20, and 24, 2019.

20-02158

cc:     Hon. Jerry A. Wiese, District Judge
        Makris Legal Services, LLC
        Attorney General/Carson City
        Clark County District Attorney
        Christopher Lenard Blockson
        Eighth District Court Clerk